# JAMIE EPSTEIN
*ATTORNEY AT LAW*
17 Fleetwood Drive, Hamilton, NJ. 08690*

Tel: (856) 979-9925                Web:JamieEpsteinLaw.com                E-MAIL: JE@JamieEpsteinLaw.com

DATE:        5/29/26
TO:          Hon. Michael A. Hammer, United States Magistrate Judge
FROM:        Jamie Epstein, Esq.
CC:          Jessika Kleen, Esq, clients
RE:          K.W. v. RINGWOOD BOARD OF EDUCATION 2:24-cv-08293-MAH

I write regarding the Court's 5/15/26 Order [106], which directs me, as counsel for Plaintiffs, to file on the docket within 14 days, an analysis regarding Plaintiffs' dispositive merits appeal briefing [97, 100]. I request a one business day extension to 6/1/26 to comply because the response is taking much more time than expected.

Pending before the Court is my 4/28/26 unopposed motion to be relieved as counsel [105] which [106] mentions in passing. As set forth in [105], the motion is based upon serious professional considerations and a significant conflict implicating my continuing obligations under RPC 1.7 and RPC 1.16(a)(1). RPC 1.16(a)(1) provides that a lawyer shall withdraw from representation where continued representation will result in violation of the Rules of Professional Conduct.

Without disclosing confidential information or further elaborating upon the substance of the conflict presented in [105], I respectfully advise the Court that the conflict is of such a nature that I believe continued substantive representation of Plaintiffs is not ethically permissible under RPC 1.7 and RPC 1.16(a)(1).

Because Order [106] appears to require continued substantive filings as counsel for Plaintiffs concerning the dispositive merits briefing while the conflict-based withdrawal motion remains pending, I respectfully request clarification regarding my obligations pending disposition of [105]. Please confirm the Court is ordering compliance with [106] pursuant to RPC 1.16(c).

---

* Central New Jersey Office and mailing address

1